# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF WISCONSIN
### GREEN BAY DIVISION

| | | |
|---|---|---|
| ALEJANDRO JURADO JIMENEZ, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12 cv 209 |
| GLK FOODS, LLC and RYAN A. DOWNS, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS ALEJANDRO JURADO JIMENEZ, et al.                                    .

Date:   2/29/12

s/ Jenna Miara
*Attorney's signature*

JENNA MIARA
*Printed name and bar number*

70 W. MADISON STREET, SUITE 4000
CHICAGO, IL 60602
*Address*

jmiara@hsplegal.com
*E-mail address*

312-604-2714
*Telephone number*

312-580-1994
*FAX number*