# EXHIBIT 60

LaborQuest invoice to GLK stating amounts to be reimbursed to H-2B workers, GLK001614

# Invoice

LaborQuest USA - CDC  
156 Lake Street  
Rouses Point, NY 12979


3070  
85390

| DATE | INVOICE # |
|---|---|
| 8/22/2010 | 1598 |

7/22/11

**BILL TO:**  
GLK Foods  
400 Clark Street  
Bear Creek, WI 54922

| DESCRIPTION | AMOUNT |
|---|---|
| H2B Application Fee Balance | $ 3,200.00 |
| Advertisement Placed/Paid by LaborQuest | $ 237.60 |
| - Advertising Credit/Prepaid by Employer | (-500.00) |
| H2B Worker Processing ($130 x 135 workers) | $ 17,550.00 |
| Consulate MRV Appointment Fee ($150 x 135 workers) *visa fees* | $ 20,250.00 |
| US Transportation (Handled by FLECTS or Other) | $ NA |
| Direct Reimbursements Per Worker by Great Lakes<br>• I-94 $6<br>• Per Diem $10/day (2-3 days?)<br>• Mexico – in Country Bus Ticket/Paperwork.($20-40) | $ NA |
| As always, We appreciate your Business!<br>Any questions please call Tom Robinson, 800.816.6041 | **TOTAL** $ 40,737.60 |

GLK001614