# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALEJANDRO JURADO JIMENEZ,**
**et al.**,

                    Plaintiffs,

      v.

                                    TELEPHONE STATUS CONFERENCE

**GLK FOODS, LLC, et al.**,                        Case No. 12-C-209

                    Defendants.

**and**

**JOSE ENRIQUEZ RAMIREZ**,

                      Plaintiffs

      v.                                            Case No. 12-C-210

**GLK FOODS, LLC, et al.**    Defendants.

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 070814 |
| Deputy Clerk: Cheryl | Hearing Began: 9:03 a.m. |
| Proceeding Held: July 8, 2014 | Hearing Ended: 9:18 a.m. |

**Appearances:**

    **Plaintiff(s):**    Claudia Flores, Matthew Piers, and Joshua Karsh with Hughes, Socol, Piers, Resnick & Dym for plaintiffs
                                Weeun Wang and Nicholas Marritz with Farmworker Justice for plaintiffs

    **Defendant(s):**  Michael Aldana

---

The Court inquires as to notice regarding certified class.
Attorney Karsh responds. They will file a motion for a approval of a notice plan. The notice will be in "posted" and "broadcast" notice form.
Attorney Aldana believes they will likely be in agreement as to method and content of notice.
The parties anticipate motions for summary judgment.
Attorney Aldana states that the parties will file a stipulation if they need additional time.
The Court will adjust the set dates, if necessary.