# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ALEJANDRO JURADO JIMENEZ, et al.**,

                    Plaintiffs,

    v.

**GLK FOODS, INC., et al.**,

                    Defendants.

and

**JOSE ENRIQUEZ RAMIREZ, et al.**    Plaintiffs,

    v.

**GLK FOODS, INC., et al.**         Defendants.

TELEPHONE SCHEDULING CONFERENCE
Case Nos. 12-C-209 and 12-C-210

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 100814 |
| Deputy Clerk: Cheryl | Hearing Began: |
| Proceeding Held: Ocotboer 8, 2014 | Hearing Ended: |

**Appearances:**

    **Plaintiff(s):**    Joshua Karsha

    **Defendant(s):**   Michael Aldana

---

The plaintiffs filed an unopposed motion for approval of class notice.
The Court GRANTS the motion for approval of class notice.
The Court inquires as to why the parties are requesting four months additional time to file dispositive motions.
Attorney Karsha reponds.
Attorney Aldana responds.
The Courts extends the dispositive motion due date to February 13, 2015 as requested.