IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ALEJANDRO JURADO JIMENEZ et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 12-C-0209 |
| v. ) | |
| ) | Judge Griesbach |
| GLK FOODS, LLC and RYAN A. DOWNS, ) | |
| ) | |
| Defendants. ) | |

## CLASS MEMBERS' MOTION
## FOR PARTIAL SUMMARY JUDGMENT ON COUNTS III, VI, VII, AND VIII

Pursuant to Federal Rule of Civil Procedure 56 and Civil Local Rule 56, the 2010 and 2011 Classes certified for purposes of liability under Counts III, VI, VII, and VIII move for summary judgment as to liability on those counts of the Second Amended Complaint. A separate memorandum in support of this motion and accompanying proposed statement of undisputed material facts are being filed concurrently with this motion.

WHEREFORE, for the reasons stated in the memorandum supporting this motion, the 2010 and 2011 Classes certified for purposes of liability under Counts III, VI, VII, and VIII request entry of a liability judgment in their favor on those counts for Defendants' failure to employ Class Members for the full-term of promised employment without justification, for Defendants' failure to pay Class Members the prevailing wage and the Wisconsin living wage for 40 hours or more of work per week, and for Defendants' failure to cover the cost of return transportation for Class Members, all in violation of the AWPA (Count III), the common law of contract (Count VI), the WMLA work agreement requirement (Count VII), and Wisconsin's wage payment and living wage laws (Count VIII).

Dated: February 20, 2015

                s/ Joshua Karsh
                One of Class Members' Attorneys

| | |
|---|---|
| Matthew J. Piers | Ali Beydoun |
| Joshua Karsh | Attorney for Class Members |
| José J. Behar | Farmworker Justice |
| Claudia Flores | 1126 16th Street, N.W., Suite 270 |
| Jenna Miara | Washington, D.C. 20036 |
| Attorneys for Class Members | (202) 293-5420 ext. 308 |
| Hughes Socol Piers Resnick & Dym, Ltd. | E-mail: abeydoun@farmworkerjustice.org |
| 70 W. Madison Street, Suite 4000 | |
| Chicago, IL 60602 | |
| Telephone: (312) 580-0100 | |
| Fax: (312) 580-1994 | |
| E-mail: mpiers@hsplegal.com | |
|        jkarsh@hsplegal.com | |
|        jbehar@hsplegal.com | |
|        cflores@hsplegal.com | |
|        jmiara@hsplegal.com | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document will be served on counsel listed below by CM/ECF on February 20, 2015.

Michael Aldana, Esq.
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202
Michael.Aldana@quarles.com

                                          s/ Joshua Karsh
                                          One of Plaintiffs' Attorneys