# EXHIBIT 31

LaborQuest USA - CDC
156 Lake Street
Rouses Point, NY 12979

# Invoice

*handwritten: 3070  85390  Pd ck# 24563*

| DATE | INVOICE # |
|---|---|
| ~~8/22/2010~~ *7/22/11* | 1598 |

**BILL TO:**
GLK Foods
400 Clark Street
Bear Creek, WI 54922

| DESCRIPTION | AMOUNT |
|---|---|
| H2B Application Fee Balance | $ 3,200.00 |
| Advertisement Placed/Paid by LaborQuest | $ 237.60 |
| - Advertising Credit/Prepaid by Employer | (-500.00) |
| H2B Worker Processing ($130 x 135 workers) | $ 17,550.00 |
| Consulate MRV Appointment Fee ($150 x 135 workers) | $ 20,250.00 |
| US Transportation (Handled by FLECTS or Other) | $ NA |
| Direct Reimbursements Per Worker by Great Lakes<br>• *I-94 $6*<br>• *Per Diem $10/day (2-3 days?)*<br>• *Mexico – in Country Bus Ticket/Paperwork.($20-40)* | $ NA |
| As always, We appreciate your Business!<br>Any questions please call Tom Robinson, 800.816.6041    **TOTAL** | $ 40,737.60 |

GLK001422