# EXHIBIT 64

**Florida East Coast Travel Services**
PO Box 5245
Hialeah Lakes FL   33014-1245

| Invoice | INV012987 |
|---|---|
| Date | 9/16/2010 |
| Page | 1 |

**Bill To:**

Great Lakes Kraut Co.
400 Clark Street
Bear Creek WI   54922

**Ship To:**

Great Lakes Kraut Co.
400 Clark Street
Bear Creek WI   54922

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| BETTY0916 | GREATLAKESKRA | | | | 9/16/2010 | 13,946 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 47 | Bus fare (Bears Creek, WI, Laredo, TX) | $184.00 | $8,648.00 |

| | |
|---|---|
| Subtotal | $8,648.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Payment Received | $0.00 |
| Total | $8,648.00 |

FL0018



| | | | | | |
|---|---|---|---|---|---|
| SAFEGUARD LITHO USA | | GREAT LAKES KRAUT CO. | | | 19998  01/10 L08SF015022 |
| VENDOR: 02838 | | | | CHECK NO. | |
| INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
| INV012987 | 09/16/10 | 8,648.00 | 8,648.00 | .00 | 8,648.00 |
| | | | | Check Total | 8,648.00 |

FL0019