**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| ALEJANDRO JURADO JIMENEZ et al., | ) |
| Plaintiffs, | ) Civil Action No. 12 cv 209 |
| v. | ) |
| GLK FOODS, LLC and RYAN A. DOWNS, | ) Judge Griesbach |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL

Jenna Miara hereby requests to withdraw her appearance as counsel for plaintiffs in this litigation. In support thereof, counsel states the following:

1. Plaintiffs are migrant agricultural workers seeking unpaid wages and other relief pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA"), the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. §§ 1801-1871, and Wisconsin statutory and common law.

2. Plaintiffs are represented by attorneys from the firm of Hughes Socol Piers Resnick & Dym ("HSPRD") and Farmworker Justice.

3. Jenna Miara, one of the attorneys from HSPRD with an appearance in the case, intends to leave HSPRD. She has accepted a position with a law firm in Los Angeles. Plaintiffs will continue to be represented by other members of HSPRD and Farmworker Justice.

Accordingly, Jenna Miara requests that her appearance as counsel for Plaintiffs be withdrawn.

Dated: March 18, 2015                    Respectfully submitted,

                                         s/ Jenna Miara
                                         One of Plaintiffs' Attorneys

Matthew J. Piers
Joshua Karsh
José J. Behar
Claudia Flores
Jenna Miara
Attorneys for Plaintiffs
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Telephone: (312) 580-0100
Fax: (312) 580-1994
E-mail: mpiers@hsplegal.com
jkarsh@hsplegal.com
jbehar@hsplegal.com
cflores@hsplegal.com
jmiara@hsplegal.com

Ali Beydoun
Attorney for Plaintiffs
Farmworker Justice
1126 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420 ext. 308
E-mail: abeydoun@farmworkerjustice.org

# **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document will be served on counsel listed below by CM/ECF on March 18, 2015.

Michael Aldana, Esq.
Quarles & Brady LLP
411 E. Wisconsin Ave., Suite 2040
Milwaukee, WI 53202
Michael.aldana@quarles.com

                                            s/ Jenna Miara
                                            One of Plaintiffs' Attorneys