IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ALEJANDRO JURADO JIMENEZ, et al.,

    Plaintiffs,

v.                                Case No. 12-cv-209

JURY DEMAND

GLK FOODS, LLC and RYAN A. DOWNS,

    Defendants.

**DEFENDANTS' UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**

Defendants move this Court for an order, modifying the remaining briefing schedule in this matter on the parties' respective motions for summary judgment as follows:

    Response Briefs due by May 5, 2015; and

    Reply Briefs due by June 5, 2015.

Plaintiffs' counsel does not object to this motion.

WHEREFORE, Defendants request the Court modify the briefing schedule as above-noted.

Dated: March 31, 2015.

                                Michael Aldana
                                State Bar No. 1020233
                                Sean M. Scullen
                                State Bar No. 1034221

                                s/Michael Aldana
                                Quarles & Brady LLP
                                411 East Wisconsin Avenue
                                Suite 2350
                                Milwaukee, WI 53202-4426
                                (414) 277-5000
                                Attorneys for Defendants

Direct inquires to:
Michael Aldana
(414) 277-5151
michael.aldana@quarles.com