AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| Alejandro Jurado Jimenez, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12-cv-209 |
| GLK Foods, LLC and Ryan A. Downs | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Alejandro Jurado Jimenez, et al.                      .

Date: 04/20/2016

/s/   Bruce Goldstein
*Attorney's signature*

Bruce Goldstein, #446848
*Printed name and bar number*
Farmworker Justice
1126 16th Street NW
Suite 270
Washington, DC 20036
*Address*

bgoldstein@farmworkerjustice.org
*E-mail address*

(202) 800-2521
*Telephone number*

(202) 293-5427
*FAX number*

## CERTIFICATE OF SERVICE

   I hereby certify that on April 20, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                /s/ Bruce Goldstein
                One of Plaintiffs' Attorneys