## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| ALEJANDRO JURADO JIMENEZ, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GLK FOODS, LLC and RYAN A. DOWNS, ) <br> ) <br> Defendants. ) | Civil Action No. 12-cv-209 <br><br> Chief Judge William C. Griesbach |

## PLAINTIFFS' UNOPPOSED MOTION TO ALLOW
## NICHOLAS MARRITZ TO WITHDRAW AS COUNSEL

Plaintiffs hereby request leave to allow one of their attorneys, Nicholas Marritz, to withdraw as counsel in this litigation. In support of this motion, Plaintiffs state the following:

1. Plaintiffs are migrant agricultural workers seeking unpaid wages and other relief pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. §§ 1801-1871, and Wisconsin statues and common law.

2. Plaintiffs are represented by attorneys from the firms Hughes Socol Piers Resnick & Dym ("HSPRD") and Farmworker Justice.

3. Nicholas Marrtiz, one of the Farmworker Justice attorneys with an appearance in the case, is retiring from practice with Farmworker Justice. Plaintiffs will continue to be represented by other attorneys with HSPRD and Farmworker Justice.

4. Defendants do not object to this request.

Accordingly, Plaintiffs request permission to allow attorney Nicholas Marritz to withdraw as counsel for Plaintiffs.

Dated: April 20, 2016.                               /s/   Joshua Karsh
                                                     One of the Attorneys for the Plaintiffs

Attorneys for the Plaintiffs

Matthew J. Piers
Joshua Karsh
José J. Behar
Christopher J. Wilmes
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60604
(312) 580-0100

Bruce Goldstein
FARMWORKER JUSTICE
1126 16th Street NW, Suite 270
Washington, DC 20036
(202) 293-5420

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on counsel listed below by CM/ECF on April 20, 2016.

Michael Aldana, Esq.
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202
Michael.Aldana@quarles.com

                                                /s/    Joshua Karsh
                                                One of the Attorneys for the Plaintiffs