# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

ALEJANDRO JURADO JIMENEZ, )
)
       *Plaintiff(s),* )
)
    v. )   Case No. 12-CV-209
)
GLK FOODS LLC et al, )
)
       *Defendant(s).*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled as indicated below:

**Telephone Schedule Conference**

*Date and Time Scheduled*: **July 12, 2016 at 9:30 am**

*Appearances*:

☐ Counsel of Record or Pro Se Parties must appear in person at 125 S. Jefferson St., Courtroom 201, Green Bay, WI 54301.

☒ Counsel of Record or Pro Se Parties may appear by telephone. The court will initiate the call. An <u>appearance by telephone requires</u> the person so appearing to provide the telephone number at which he or she can be reached to the Office of the Clerk by e-mail (wied_clerks_gb@wied.uscourts.gov) or by telephone (920-455-7381) prior to the hearing date.

Dated: May 23, 2016                              William C. Griesbach, Chief Judge
                                                           United States District Court

                                                           s/ T. Parins
                                                           Deputy Clerk
                                                           (920)455-7381