# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| ALEJANDRO JURADO JIMENEZ, et al., | )<br>) |
| Plaintiffs, | ) Civil Action No. 12-cv-209<br>) |
| v. | ) Chief Judge William C. Griesbach<br>) |
| GLK FOODS, LLC and RYAN A. DOWNS, | )<br>) |
| Defendants, | ) |

and

| | |
|---|---|
| JOSE ENRIQUE RAMIREZ, et al., | )<br>) |
| Plaintiffs, | ) Civil Action No. 12-cv-210<br>) |
| v. | ) Chief Judge William C. Griesbach<br>) |
| GLK FOODS, LLC and RYAN A. DOWNS, | )<br>) |
| Defendants. | ) |

**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

This cause comes before the Court upon Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, seeking entry of an Order granting final approval of the Class Action Settlement Agreement between Plaintiffs and GLK Foods and Ryan A. Downs ("Defendants") in the above-captioned cases.

The Court has reviewed Plaintiffs' motion and held a public hearing on the fairness of the Settlement Agreement, at which objectors could appear and, none having appeared or submitted written objections, orders as follows:

1

**IT IS ORDERED** that:

1. The Court has determined the terms of the Settlement to be a fair, reasonable, and adequate resolution of this matter and hereby approves the Settlement as set forth in the Settlement Agreement.

2. The Court Directs the Fund Custodian/Administrator, Simpluris, and Claims Administrator, Centro de los Derechos del Migrante, Inc. ("CDM"), to issue settlement payments to class members who have submitted valid claim forms pursuant to the process set out in the Order Regarding Distribution of Settlement Amounts entered June 29, 2018 (*Jimenez* Dkt. No. 240; *Ramirez* Dkt. No. 144) ("Distribution Order").

3. The Court finds that CDM has fulfilled the requirements regarding class notice set forth in its Order granting preliminary approval and Distribution Order and finds that the notice program used in this case satisfies Rule 23(e) of the Federal Rules of Civil Procedure and the Due Process Clause of the United States Constitution.

4. Upon entry of this order, Class Members as well as any unknown class members who timely file a claim and are approved by counsel for Plaintiffs and counsel for Defendants as provided in the Distribution Order, on behalf of themselves and each of their heirs, representatives, successors, assigns, and attorneys, shall be deemed to release and forever discharge Defendants from any and all claims as outlined and described in Section II.C.1. of the Settlement Agreement. Non-participating class members do not release any claims against Defendants.

5. As set out in the parties' Settlement Agreement Section § II.L, this Court shall retain jurisdiction with respect to the implementation and enforcement of the terms of the Settlement Agreement, to the extent permitted by law, including over implementation and enforcement of the Distribution Order.

**SO ORDERED** this 28th day of September, 2018.

s/William C. Griesbach

William C. Griesbach, Chief Judge
United States District Court